

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00073-CV

**ST. MARY'S HALL, INC.**,
Appellant

v.

Gabriella **GARCIA**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-11569
Honorable Rosie Alvarado, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's order denying appellant's motion to compel arbitration and plea in abatement is REVERSED, and the cause is REMANDED to the trial court with instructions that the trial court proceedings be stayed and that the parties be compelled to arbitrate.

SIGNED March 16, 2022.

_____
Rebeca C. Martinez, Chief Justice